**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MARVIN D. MOBLEY,

        Plaintiff,

**vs.**                                              **CASE NO. 3:07-cv-1132-J-16JRK**

S. L. HICKS, in an individual capacity,

        Defendant.
_____/

**O R D E R**

This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, filed February 14, 2008 (Doc.#9) which Plaintiff filed objections thereto on February 29, 2008 (Doc. #10)

Plaintiff's Objections to the Report and Recommendation fail to cure any of the deficiencies of the initial or amended complaint and fails to state viable claims with regard to Defendant's conduct. Additionally, it appears to the Court, as is stated in the Magistrate Judge's Report and Recommendation, that Plaintiff is alleging that his disability and/or medicare benefits are going to be wrongfully terminated and as such this Court is without subject matter jurisdiction at this time over this potential claim.

Therefore, after an independent review of the record, the Court hereby adopts, confirms, and ratifies the Magistrate's Report and Recommendation. Accordingly, it is now

**ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice and Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc #3) is **DENIED.** The Clerk is directed to close this case.

**DONE AND ORDERED** in Jacksonville, Florida, this 26th day of February, 2008.

Copies to:
    Counsel of record and Pro Se Party

JOHN H. MOORE II
United States District Judge